ILND 450 (Rev. 10/13) Judgment in a Civil Action

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Robert Mayberry,

Plaintiff(s),

v.

Walgreens Co. et al,

Defendant(s).

Case No. 17 C 1748
Judge Samuel Der-Yeghiayan

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $ ,

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: For the reasons stated in the Court's 9/21/17 memorandum opinion and order, defendants' motion to dismiss [26] is granted. Enter memorandum opinion and order. Civil case closed.

This action was *(check one)*:

☐ tried by a jury with Judge Samuel Der-Yeghiayan presiding, and the jury has rendered a verdict.
☐ tried by Judge Robert M. Dow without a jury and the above decision was reached.
☒ decided by Judge Samuel Der-Yeghiayan on a motion.

Date: 9/21/2017

Thomas G. Bruton, Clerk of Court

Melanie A. Foster, Deputy Clerk